UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN DUNNIGAN, | No. 2:12-cv-3048 TLN CKD P |
| Plaintiff, | |
| v. | ORDER |
| UNITED STATES, et al., | |
| Defendants. | |

Plaintiff has filed a motion asking that this matter be stayed until a "final ruling" is issued in 2:11-cv-0961 MCE EFB P.  However, plaintiff fails to explain what bearing the outcome in 2:11-cv-0961 MCE EFB P has on this case.  Accordingly, his motion (ECF No. 15) is denied.

Dated: June 24, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
dunn3048.sty